## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Christopher Fassler, being duly sworn and under oath state the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been employed by the FBI since March of 2011, and have been assigned to the Cleveland Division, Akron Resident Agency, where I regularly work with various federal, local and state law enforcement agencies as a member of the Greater Akron Area Safe Streets Task Force. I have gained experience through training at the FBI Academy in Quantico, Virginia and everyday work relating to conducting these types of investigations.

2. As a Special Agent with the FBI, I currently investigate a variety of criminal matters to include violent crimes and drug trafficking offenses.

3. I am submitting this affidavit in support of an Application for an Arrest Warrant pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. 3052, authorizing the arrest of **MICHAEL EUGENE HICKS**, date of birth 07/XX/19XX.

4. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other agents and law enforcement officers; from my discussions with witnesses involved in the investigation; and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another Special Agent, law enforcement officer or witness who had either direct or hearsay knowledge of that statement and to who I or others have spoken or whose reports I have read or reviewed. Since this Affidavit is submitted for the limited purpose of securing an Arrest Warrant, I have not included details of every aspect of the investigation.

5. Based upon the investigation to date, I assert probable cause exists to believe that on or about August 5, 2019 in the Northern District of Ohio, Eastern Division, **MICHAEL EUGENE HICKS** did possess with intent to distribute a controlled substance, that is crystal methamphetamine, in violation of Title 21 U.S.C. 841(a)(1), (b)(1)(A).

## BACKGROUND OF THE INVESTIGATION

6. On or about August 5, 2019, **HICKS** was stopped on Interstate 77 southbound in Stark County, Ohio by the Ohio State Highway Patrol (OSHP) after being observed committing multiple traffic infractions. **HICKS** was the sole occupant of the vehicle and Troopers found that he was driving under suspension. In addition, Troopers learned that **HICKS** had an active warrant out of Scioto County, Ohio for failure to appear related to a prior driving under suspension charge. The warrant called for extradition anywhere in the State of Ohio.

7. Based on the factors described above, **HICKS** was placed under arrest and the rental car he was driving was searched incident to tow. During the inventory search of the vehicle, Troopers discovered a grocery bag on the front passenger floorboard. Inside the grocery bag, Troopers discovered five vacuum sealed bags containing a semi-translucent material indicative of crystal methamphetamine. During the search of **HICKS**, Troopers discovered a small cellophane bag, also containing material indicative of crystal methamphetamine in **HICK's** shoe. **HICKS** was transported to the OSHP post in Canton, Ohio for processing.

8. Based on the quantity of suspected drugs, Agents from the FBI were contacted. After advising **HICKS** of his Miranda rights, **HICKS** waived his rights in writing and agreed to speak with Agents.

2

9. **HICKS** advised that on that date, he travelled from Charleston, West Virginia to the area of Canton, Ohio for the purpose of purchasing crystal methamphetamine. After making the purchase, **HICKS** was on his way back to West Virginia to distribute the drugs when he was stopped by OSHP.

10. Agents later conducted a presumptive field test on the suspected controlled substance which returned as positive for the presence of methamphetamine. Further confirmatory laboratory testing will be conducted. The recovered vacuum sealed bags and cellophane bag of suspected methamphetamine had a total package weight of 2314 grams.

11. In my experience this quantity of methamphetamine is larger than that encountered for mere personal use. This amount of methamphetamine is consistent with what would be possessed by a person engaged in drug trafficking activities.

12. Based upon this information, I respectfully request that a Warrant be issued authorizing law enforcement officers to arrest **MICHAEL EUGENE HICKS** for a violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), that is possession with intent to distribute a controlled substance.

Christopher Fassler
Special Agent
Federal Bureau of Investigation

3

Sworn and subscribed to before me
this \_\_6th\_\_ day of August, 2019.

_____
KATHLEEN B. BURKE
UNITED STATES MAGISTRATE JUDGE